UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

U.S. MARSHAL
BALTIMORE, MD

2016 MAY 27  PM 1: 16

| | |
|---|---|
| NuStar Terminals Operations Partnership L.P., | * |
| | * Civil Action No.: 16-cv-1617-CCB |
| Plaintiff, | |
| | * IN ADMIRALTY |
| v. | |
| | * |
| MTM MUMBAI, IMO #9242338, its engines, machinery and appurtenances, etc., et al., | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION FOR SECURITY AND
### RELEASE OF THE M/V MTM MUMBAI FROM ARREST

1. Pursuant to Fed. R. Civ. P. E(5)(c), Plaintiff NuStar Terminals Operations Partnership L.P. ("NuTOP") and MTM Mumbai Pte. Ltd. ("MTM"), registered owner of the M/V MTM MUMBAI ("Vessel"), hereby stipulate that satisfactory arrangements for security have been made, and the Vessel shall be released from arrest immediately.

Dated: May 27, 2016.

/s/ M. Hamilton Whitman, Jr.
M. Hamilton Whitman, Jr. (#00373)
Jack R. Daley (#29187)
Ober, Kaler, Grimes and Shriver
100 Light Street
Baltimore, MD 21202
Phone: 410.685.1120
Fax: 410.547.0699
mwhitman@ober.com
jrdaley@ober.com

Counsel to MTM Mumbai Pte. Ltd.

/s/ Marios J. Monopolis
J. Stephen Simms (#04269)
Marios J. Monopolis (#29177)
Casey L. Bryant (#30215)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Tel:  (410) 783-5795
Fax:  (410) 510-1789
jssimms@simmsshowers.com
mjmonoplois@simmsshowers.com
clbryant@simmsshowers.com

Counsel to NuStar Terminals Operations
Partnership L.P.